| | |
|---|---|
| **Case Name:** | Circle Media, Inc. And S3 Digital |
| **Case Number:** | 17-81541 |
| **Reporting MM/DD/YY:** | 2/28/18 |
| **Date Bankruptcy Filed:** | 10/27/17 |

Monthly Chapter 11 **Individual** Operating Report - used by all individuals to report personal/household activity.

Monthly Chapter 11 **Business** Operating Report - used to report ALL business activity.

United States Code
Title 18 Crimes and Criminal Procedures
18 U.S.C. SEC. 1001

Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements of representations, or makes or uses any false writing or document knowing the same to contain any false fictitious or fraudulent statement or entry, shall be fined not more than $250,000 or imprisoned no more than five (5) years, or both.

I certify under penalty of perjury that the operating report for above stated month and year is true and correct.

**Date Submitted:** 03/13/2018

**Signed:** _Joseph Casey_

**Title:** Chief Executive Officer

**Printed Name:** Joseph Casey

| Circle Media, Inc. and S3 Digital Corp. Case No. 17-81541 Operating Report for Month Ending February 28, 2018 | BALANCE SHEET (Assets) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Filing Date | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending |
| | 10/27/17 | 11/30/17 | 12/31/17 | 1/31/18 | 2/28/18 | | | |

**CURRENT ASSETS**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash (business accounts) | 11.17 | 11,330.00 | 175,224.85 | 164,559.17 | 163,997.21 | | | |
| Cash (household accounts) | - | - | - | - | - | | | |
| Accounts Receivable, Net (Sch A) | 10,000.00 | 0 | 0 | 0 | 0 | | | |
| Inventory | - | 0 | 0 | 0 | 0 | | | |
| Prepaid Expenses/Deposits | 500,000.00 | 500,000.00 | 0 | 0 | 0 | | | |
| Other | - | - | | | | | | |
| **TOTAL CURRENT ASSETS** | 510,011.17 | 511,330.00 | 175,224.85 | 164,559.17 | 163,997.21 | | | |

**FIXED ASSETS**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cost (Sch B) | | - | | | | | | |
| Accumulated Depreciation | | - | | | | | | |
| **NET BOOK VALUE** | | - | | | | | | |

**OTHER ASSETS**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | - | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **TOTAL ASSETS** | 510,011.17 | 511,330.00 | 175,224.85 | 164,559.17 | 163,997.21 | | | |

| Circle Media, Inc. and S3 Digital Corp. Case No. 17-81541 Operating Report for Month Ending February 28, 2018 | BALANCE SHEET (Liabilities & Equity) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Filing Date | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending |
| | 10/27/17 | 11/30/17 | 12/31/17 | 1/31/18 | 2/28/18 | | | |
| **LIABILITIES** | | | | | | | | |
| Post Petition Debt (Sch C) | 0 | 104,558.42 | 11,254.90 | 17,016.99 | 3,303.56 | | | |
| Pre Petition Debt | | | | | | | | |
| Secured | 100,000.00 | 100,000.00 | 0 | 0 | 0 | | | |
| Unsecured Priority | 185,667.71 | 185,667.71 | 185,667.71 | 185,667.71 | 185,667.71 | | | |
| Unsecured Non-Priority | 5,487,686.93 | 5,487,686.93 | 5,487,686.93 | 5,487,686.93 | 5,487,686.93 | | | |
| Other | - | - | - | | | | | |
| **TOTAL LIABILITIES** | 5,773,354.64 | 5,777,942.06 | 5,684,609.54 | 5,690,371.63 | 5,676,658.20 | | | |
| **EQUITY** | | | | | | | | |
| Preferred & Common Stock | 426,848.15 | 426,848.15 | 426,848.15 | 426,848.15 | 426,848.15 | | | |
| Add'l Paid-In-Capital/Owner draws | 5,418,809.53 | 5,418,809.53 | 5,418,809.53 | 5,418,809.53 | 5,418,809.53 | | | |
| Retained Earnings/Net Assets - through filing date | (8,543,082.55) | (8,543,082.55) | (8,543,082.55) | (8,543,082.55) | (8,543,082.55) | | | |
| - post filing date | 0 | 0 | 0 | 0 | 0 | | | |
| Individual Debtor Capital (Sole Proprietor) - through filing date (household net worth) | - | - | - | - | | | | |
| - post filing date (change in household cash) | | | | | | | | |
| **TOTAL EQUITY** | (2,697,424.87) | (2,697,424.87) | (2,697,424.87) | (2,697,424.87) | (2,866,424.35) | | | |
| **TOTAL LIABILITIES & EQUITY** | 3,075,929.77 | 3,080,517.19 | 2,987,184.67 | 2,992,946.76 | 2,976,491.73 | | | |

| Circle Media, Inc. and S3 Digital Corp. Case No. 17-81541 Operating Report for Month Ending February 28, 2018 | INCOME (LOSS) STATEMENT | | | | | |
|---|---|---|---|---|---|---|
| | Filing Date thru Month End | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending |
| | 11/30/17 | 12/31/17 | 1/31/18 | 2/28/18 | | |
| **GROSS SALES** | 0 | 0 | 0 | 0 | | |
| **COST OF GOODS SOLD** | | | | | | |
| Materials | 0 | 0 | 0 | 0 | | |
| Direct Labor | 0 | 0 | 0 | 0 | | |
| Manufacturing Overhead | 0 | 0 | 0 | 0 | | |
| Total Cost of Goods Sold | 0 | 0 | 0 | 0 | | |
| **GROSS PROFIT** | 0 | 0 | 0 | 0 | | |
| **OPERATING EXPENSES** | | | | | | |
| Sales & Marketing | 0 | 0 | 0 | 0 | | |
| Executive & Mgmt Salaries | 76,897.80 | 16,250.00 | 8,125.00 | 0 | | |
| Office & Other Salaries | 0 | 0 | 0 | 0 | | |
| Fringe Benefits (pr taxes) | 1,560.95 | 1,243.13 | 773.25 | 0 | | |
| Rent | 0 | 0 | 0 | 0 | | |
| Travel & Entertainment | 0 | 0 | 0 | 0 | | |
| Attorney Fees | 0 | 34,565.20 | 0 | 0 | | |
| Insurance | 0 | 0 | 0 | 0 | | |
| Other Professional Fees | 0 | 0 | 0 | 0 | | |
| Dues & Subscriptions | 0 | 0 | 0 | 0 | | |
| Telecommunications | 0 | 0 | 0 | 0 | | |
| Office Supplies/Misc. | 0 | 7,051.56 | 1,393.43 | 561.96 | | |
| Other (complete subsequent tab) | 14,623.25 | 510.50 | $59.00 | - | | |
| **TOTAL OPERATING EXPENSES** | - | - | - | - | | |
| | | | | | | |
| **OPERATING INCOME (LOSS)** | (93,082.00) | (59,720.39) | (10,350.68) | (561.96) | | |
| **OTHER EXPENSES** | | | | | | |
| USTP Quarterly Fees | 975.00 | 4,875.00 (including Nov.) | 5,200.00 (bankruptcy to date) | 5,200.00 (bankruptcy to date) | | |
| Depreciation & Amortization | - | - | - | - | | |
| Income Taxes | - | - | - | - | | |
| Interest (net) | - | - | - | - | | |
| **TOTAL OTHER EXPENSES** | 975.00 | 4,875.00 | 5,200.00 | 5,200.00 | | |
| | | | | | | |
| **OTHER INCOME** | 0 | 0 | 0 | 0 | | |
| | | | | | | |
| **NET INCOME (LOSS)** | (94,057.00) | (65,245.39) | (15,875.68) | (5,761.96) | | |

| Circle Media, Inc. and S3 Digital Corp. Case No. 17-81541 Operating Report for Month Ending February 28, 2018 | CASH FLOW STATEMENT | | | | | | |
|---|---|---|---|---|---|---|---|
| | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending |
| | 11/30/17 | 12/31/17 | 1/31/18 | 2/28/18 | | | |
| Current Month Cash (business accounts) | 11,330.42 | 175,224.85 | 164,559.17 | 163,997.21 | | | |
| Prior Month Cash (business accounts) | 11.16 | 11,330.42 | 175,224.85 | 164,559.17 | | | |
| **NET CASH INCREASE (DECREASE)** | 11,319.26 | 163,894.43 | (10,665.68) | (561.96) | | | |
| | | | | | | | |
| **SOURCES (USES) OF CASH** | | | | | | | |
| Net Income (Loss) | (94,057.00) | (65,245.39) | (17,055.95) | (561.96) | | | |
| Add: Non-cash (dep & amort) | 0 | 0 | 0 | 0 | | | |
| Cash Generated from Operations | 0 | 0 | 0 | 0 | | | |
| ADD: (enter as positive) | | | | | | | |
| Decrease in Assets | | | | | | | |
| Accounts Receivable | - | - | - | - | | | |
| Inventory | 500,000.00 | 0 | 0 | 0 | | | |
| Prepaid Expenses | - | - | - | - | | | |
| Other Current Assets | - | - | - | - | | | |
| Fixed Assets | - | - | - | - | | | |
| Other Assets | - | - | - | - | | | |
| *Increase in Liabilities* | | | | | | | |
| Post Petition Debt | 104,558.42 | 11,254.90 | 17,016.99 | 3,303.56 | | | |
| Pre Petition Debt | 5,773,354.64 | 5,673,354.64 | 5,673,354.64 | 5,673,354.64 | | | |
| SUBTRACT: (enter as negative) | | | | | | | |
| Increase in Assets | | | | | | | |
| Accounts Receivable | - | | - | - | | | |
| Inventory | (500,000.00) | (0) | (0) | (0) | | | |
| Prepaid Expenses | - | | - | - | | | |
| Other Current Assets | - | | - | - | | | |
| Fixed Assets | - | | - | - | | | |
| Other Assets | - | | - | - | | | |
| *Decrease in Liabilities* | | | | | | | |
| Post Petition Debt | (104,588.42) | (0) | (0) | (0) | | | |
| Pre Petition Debt | (5,773,354.64) | (5,773,354.64) | (5,773,354.64) | (5,773,354.64) | | | |
| **TOTAL SOURCES (USES) OF CASH** | 11,330.42 | 175,224.85 | 164,559.17 | 163,997.21 | | | |
| **NET CASH INCREASE (DECREASE)** | 11,319.26 | 163,894.43 | (10,665.68) | (561.96) | | | |

| Circle Media, Inc. and S3 Digital Corp. Case No. 17-81541 Operating Report for Month Ending February 28, 2018 | | SCHEDULE OF A/R AGING | | | | | |
|---|---|---|---|---|---|---|---|
| | | TOTAL ACCOUNTS RECEIVABLE | 0 – 30 DAYS | 31- 60 DAYS | 61 - 90 DAYS | 91 – 120 DAYS | OVER 120 DAYS |
| **Filing Date** | **10/27/17** | 10,000 | 10,000 | | | | |
| % of Total | | 100% | 100% | | | | |
| **Month Ending** | **11/30/17** | 0 | - | | | | |
| % of Total | | 100% | | | | | |
| **Month Ending** | **12/31/17** | 0 | | | | | |
| % of Total | | 100% | | | | | |
| **Month Ending** | **1/31/18** | 0 | | | | | |
| % of Total | | 100% | | | | | |
| **Month Ending** | **2/28/18** | 0 | | | | | |
| % of Total | | 100% | | | | | |
| **Month Ending** | **3/31/18** | | | | | | |
| % of Total | | | | | | | |
| **Month Ending** | **4/30/18** | | | | | | |
| % of Total | | | | | | | |

| Circle Media, Inc. and S3 Digital Corp. Case No. 17-81541 Operating Report for Month Ending February 28, 2018 | Schedule of FIXED ASSETS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Filing Date | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending |
| | 10/27/17 | 11/30/17 | 12/31/17 | 1/31/18 | 2/28/18 | 3/31/18 | 4/30/18 | 5/31/18 |
| Building Land | 0 | - | - | - | - | | | |
| Improvements | 0 | - | - | - | - | | | |
| Office Furniture and Equipment | 0 | - | - | - | - | | | |
| Shop Machinery & Equipment | 0 | - | - | - | - | | | |
| PC/LAN/Mainframe | 0 | - | - | - | - | | | |
| Automobile | 0 | - | - | - | - | | | |
| Boat/Airplane | 0 | - | - | - | - | | | |
| Intangibles | 0 | - | - | - | - | | | |
| **Software** | 500,000.00 | 500,000.00 | 0 | 0 | 0 | | | |
| Other: _____ | | | | | | | | |
| Other: _____ | | | | | | | | |
| Other: _____ | | | | | | | | |
| Other: _____ | | | | | | | | |
| Other: _____ | | | | | | | | |
| **TOTAL** | 500,000.00 | 500,000.00 | 0 | 0 | 0 | | | |

| Circle Media, Inc. and S3 Digital Corp. Case No. 17-81541 Operating Report for Month Ending February 28, 2018 | Schedule of POST PETITION DEBT | | | | | | |
|---|---|---|---|---|---|---|---|
| | Filing Date | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending | Month Ending |
| | 11/30/17 | 12/31/17 | 1/31/18 | 2/28/18 | 3/31/18 | 4/30/18 | 5/31/18 |
| **TRADE ACCOUNTS PAYABLE** | - | - | - | - | | | |
| **TAXES PAYABLE** | | | | | | | |
| Federal payroll taxes | 31,315.65 | 1,243.13 | 773.25 | - | | | |
| State payroll taxes | See above | See above | See above | - | | | |
| Local payroll taxes | See above | See above | See above | - | | | |
| State sales taxes | 0 | 0 | 0 | 0 | | | |
| Real taxes/personal property taxes | 0 | 0 | 0 | 0 | | | |
| Other: | 0 | 0 | 0 | 0 | | | |
| **TOTAL TAXES PAYABLE** | 31,365.65 | 1,243.13 | 773.25 | 0 | | | |
| **OTHER LIABILITIES** | | | | | | | |
| Post petition secured debt | 104,588.42 | 0 | 0 | 0 | | | |
| Accrued interest payable | 0 | 0 | 0 | 0 | | | |
| Other: | 45,582.15 | 0 | 0 | 0 | | | |
| Other: | - | | | | | | |
| Other: | - | | | | | | |
| **TOTAL OTHER LIABILITIES** | | 0 | 0 | 0 | | | |
| **TOTAL POST PETITION DEBT** | 181,486.20 | 1,243.13 | 773.25 | - | | | |

| Circle Media, Inc. and S3 Digital Corp.<br>Case No. 17-81541<br>Operating Report for Month Ending<br>February 28, 2018 | Summary of SIGNIFICANT ITEMS |
|---|---|

**1. INSURANCE COVERAGE**

| | Carrier or Agent Name | Amount of Coverage | Policy Expiration Date | Premium Paid thru Date |
|---|---|---|---|---|
| Workers' Compensation | | | 9/7/2018 | |
| General Liability | | | | |
| Excess Liability (Umbrella) | | | | |
| Automobile Collision | | | | |
| Errors & Omissions | | | 2/16/2018 | |
| Directors & Officers | | | | |
| Crime/Employee Theft | | | | |
| Other: _____ | | | | |
| Other: _____ | | | | |
| Other: _____ | | | | |
| Other: _____ | | | | |

**2. PAYMENTS TO SECURED CREDITORS**

| Payee | Description | Current Month Amount Paid | Total Paid Post Petition |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Circle Media, Inc. and S3 Digital Corp.<br>Case No. 17-81541<br>Operating Report for Month Ending<br>February 28, 2018 | Summary of SIGNIFICANT ITEMS |
|---|---|

3. **PAYMENTS TO TAX ENTITIES (Current Month)**

|  | Date Paid | Amount Paid | Post Petition Taxes Unpaid |
|---|---|---|---|
| Federal Payroll Taxes* | 11/16/17 | 18,483.24 | 0 |
| Federal Payroll Taxes* | 11/17/17 | 12,832.42 | 0 |
| Federal Payroll Taxes* | 12/11/17 | 1,243.13 | 0 |
| Federal Payroll Taxes* | 1/5/18 | 773.25 | 0 |
| Federal Payroll Taxes* |  |  |  |
| FUTA |  |  |  |
| State Payroll Taxes withheld |  |  |  |
| SUTA |  |  |  |
| State Sales & Use Taxes |  |  |  |
| Property Taxes |  |  |  |
| Other |  |  |  |

*Includes employee Federal Income Taxes withheld, employee FICA taxes withheld, employee Medicare taxes Withheld, employer FICA match and employer Medicare match.

4. **PAYMENTS OF COMPENSATION (Current Month)**

| Name | Amount | Date of Court Order |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

List all payments made to owners of proprietorships; partners of partnerships; officers, directors and shareholders of corporations.

| Circle Media, Inc. and S3 Digital Corp.<br>Case No. 17-81541<br>Operating Report for Month Ending<br>February 28, 2018 | Summary of SIGNIFICANT ITEMS |
|---|---|

**5.   PAYMENTS TO PROFESSIONALS (Current Month)**

| Name | Amount | Date of<br>Court Order |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**6.   RECORD OF DISBURSEMENTS AND PAYMENTS OF QUARTERLY FEES**

| Period<br>Ending | Total<br>Disbursements | Quarterly<br>Total | Quarterly<br>Fee | Date<br>Paid | Amount<br>Paid | Check<br>Number |
|---|---|---|---|---|---|---|
| January | 10,675.68 | 10,675.68 | 325.00 |  |  |  |
| February | 516.96 | 11,192.64 | 325.00 (no<br>increase) |  |  |  |
| March |  |  |  |  |  |  |
| April |  |  |  |  |  |  |
| May |  |  |  |  |  |  |
| June |  |  |  |  |  |  |
| July |  |  |  |  |  |  |
| August |  |  |  |  |  |  |
| September |  |  |  |  |  |  |
| October |  |  |  |  |  |  |
| November | 93,258.00 | 93,258.00 |  |  |  |  |
| December | 559,720.39 | 652,978.39 | 4,875.00 | 1/31/18 | 325.00 | Cashier<br>Check |

| Quarterly Disbursement Range | | Fee Due | | Quarterly Disbursement Range | | Fee Due |
|---|---|---|---|---|---|---|
| $            - | $      14,999.99 | $     325 | | $ 1,000,000.00 | $ 1,999,999.99 | $    6,500 |
| $   15,000.00 | $      74,999.99 | $     650 | | $ 2,000,000.00 | $ 2,999,999.99 | $    9,750 |
| $   75,000.00 | $    149,999.99 | $     975 | | $ 3,000,000.00 | $ 4,999,999.99 | $  10,400 |
| $ 150,000.00 | $    224,999.99 | $  1,625 | | $ 5,000,000.00 | $ 14,999,999.99 | $  13,000 |
| $ 225,000.00 | $    299,999.99 | $  1,950 | | $ 15,000,000.00 | $ 29,999,999.99 | $  20,000 |
| $ 300,000.00 | $    999,999.99 | $  4,875 | | $ 30,000,000.00 | or more | $  30,000 |

| Bank Reconciliation | | | |
|---|---|---|---|
| **Bank Name** | Wells Fargo | **Account Name** | Business Choice Checking |

| | | | | | |
|---|---|---|---|---|---|
| **Balance per Books** | **Beginning of month** | 164,559.17 | **Balance per Bank Stmt** | **End of month** | 163,997.21 |
| Deposits | 0.00 | | Deposits in Transit | 0 | |
| Transfers In | 0.00 | | | | |
| Add: Total Debits | | 0.00 | Total in Transit | | 0.00 |
| Checks | 561.96 | | Outstanding Checks | 0 | |
| Bank Charges | 0.00 | | | | |
| Transfers Out | 561.96 | | | | |
| Less: Total Credits | | 561.96 | Less: Total Outstanding | | - |
| **Balance per Books** | **End of month** | | **Balance per bank** | **Reconciled** | |

**Checks Outstanding**

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | |

# Wells Fargo Business Choice Checking



Account number:  ▮▮▮2703  ■  February 1, 2018 - February 28, 2018  ■  Page 1 of 4

S3 DIGITAL CORP
DBA CIRCLE MEDIA
DEBTOR IN POSSESSION
CH 11 CASE #17-81540 (NE)
20965 CORRAL RD
ELKHORN NE 68022-2107

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (003)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive
tools, and other resources on the topics of business growth, credit, cash flow
management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $164,559.17 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 561.96 |
| **Ending balance on 2/28** | **$163,997.21** |
| Average ledger balance this period | $164,138.47 |

Account number:  ▮▮▮2703

**S3 DIGITAL CORP**
**DBA CIRCLE MEDIA**
**DEBTOR IN POSSESSION**
**CH 11 CASE #17-81540 (NE)**

*Nebraska Fees account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▮▮▮▮▮▮

For Wire Transfers use
Routing Number (RTN): ▮▮▮▮▮▮

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

(3)

Account number: ██████2703 ▪ February 1, 2018 - February 28, 2018 ▪ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 2/2 | | Recurring Payment authorized on 02/01 ██████████ Card | | 18.00 | 164,541.17 |
| 2/5 | | Recurring Payment authorized on 02/02 ██████████ Card | | 50.00 | 164,491.17 |
| 2/8 | | Direct Pay Monthly Base | | 10.00 | |
| 2/8 | | Purchase authorized on 02/07 ████████████ Card | | 449.00 | 164,032.17 |
| 2/16 | | Purchase authorized on 02/14 ████████████ Card | | 5.11 | |
| 2/16 | < | Business to Business ████████████ | | 29.85 | 163,997.21 |
| **Ending balance on 2/28** | | | | | **163,997.21** |
| **Totals** | | | **$0.00** | **$561.96** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2018 - 02/28/2018 | Standard monthly service fee $14.00 | You paid $0.00 | |
|-------------------------------------|-------------------------------------|----------------|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | $7,500.00 | $164,138.00 | ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 4 | ☐ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 1 | ☑ |
| · Combined balances in linked accounts, which may include | $10,000.00 | | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | | |

wx/wx

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Account number: ███2703  ■ February 1, 2018 - February 28, 2018  ■ Page 3 of 4



 IMPORTANT ACCOUNT INFORMATION

Reminder about effect of pending debit card transactions on your account

For each debit card transaction, we place an authorization hold and track the "pending" transaction until the merchant sends the final payment instruction to the bank. We receive final payment instructions for most transactions within one to two business days, but we generally must release the authorization hold after three business days. While pending, these transactions reduce your available balance. If transactions are presented for payment when your account has an insufficient available balance, you may be charged overdraft and/or insufficient fund (NSF) fees on those transactions. The bank will assess no more than eight (8) $35 overdraft and/or NSF fees per day.

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month.     Please note, the calendar month may not coincide with your statement cycle.

**Using Combined Balances to Avoid Monthly Service Fees**
We want to share some important information with you about avoiding monthly service fees using combined balances. A checking account with a combined balance option to avoid a monthly service fee cannot be linked to another checking account with a combined balance option. Any other accounts linked to a checking account with a combined balance option to avoid a monthly service fee cannot simultaneously be linked to another checking account with a combined balance option.

For questions or clarification, please call the phone bank number at the top of your statement. We appreciate your business.

Account number:   ███████2703  ■  February 1, 2018 - February 28, 2018  ■  Page 4 of 4



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your       $ _____
register or transfers into         $ _____
your account which are not       $ _____
shown on your statement.       + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount  $   |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801